UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DADE DIVISION

In re:  
ANDRES TRUEBA DELGADO  
SSN XXX.XX.5387  
      Debtor.  
_____/

Case Number: 21-16143-BKC-RAM  
Chapter 13

## DEBTOR'S MOTION TO ALLOW LATE CLAIM FILED BY THE LCF GROUP, INC. AS A TIMELY FILED CLAIM

Debtor, ANDRES TRUEBA DELGADO, by and though undersigned counsel, hereby files this Motion to Allow Late Claim Filed by The LCF Group, Inc. ("LCF") as a Timely Filed Claim and in support thereof states as follows:

1. The Debtor, Andres Trueba Delgado ("Debtor") filed a voluntary petition pursuant to Chapter 13 of the Bankruptcy Code on June 24, 2021.

2. The Court has jurisdiction over this matter pursuant to 28 U.S.C. §1334, 11 U.S.C §362, and the various other applicable provisions of the United States Bankruptcy Code, Federal Rules of Bankruptcy Procedure and the law of the United States of America.

3. The bar date established by the Court in the instant case was March 25, 2022.

4. The Debtor's First Amended Plan, ECF 52 ("Plan") was confirmed on July 29, 2022.

5. The Debtor did not list The LCF Group, Inc. ("LCF") in his schedules as Debtor did not recall the existence of the aforementioned creditor's debt and therefore LCF did not receive notice of the instant case. The Debtor's omission of LCF from the

bankruptcy schedules was inadvertent and was not done with the intent to hinder or delay the proceedings of the bankruptcy court or to purposely negatively affect LCF.

6. After discussions with LCF's Counsel, the Debtor understands that due to his advertent error in failing to list LCF in his petition and schedules, LCF was deprived of due process in this Chapter 13 Proceeding. As a result of the Debtor's inadvertent omission, LCF, an unsecured creditor in the instant case did not have notice or actual knowledge of the Debtor's instant bankruptcy case and therefore was unable to file a timely proof of claim prior to the expiration of the bar date in accordance with 11 USC §501 (a).

7. On August 1, 2023, LCF filed an amended proof of claim as a general unsecured claim in the amount of $397,718.33 which was designated Claim No. 6-2 in the Court's Claims Register.  The Debtor and LCF are seeking allowance of Claim No. 6-2 as a timely claim.

8. The Debtor's chapter 13 plan seeks to reorganize solely unsecured debt.  The allowance of the claim filed by LCF, Amended Claim No. 6-2 is in the Debtor's best interest as it will allow the Debtor to fully reorganize all of his debt and for LCF to participate in the pro rata distributions unsecured creditors are to receive.

9. Accordingly, the Debtor respectfully requests that the amended claim of LCF be allowed as a timely filed claim in the interest of equity as it will not unduly delay the administration of the case.

**WHEREFORE,** the Debtor seeks the relief sought in this motion and for any other relief deemed just and proper in the circumstances.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was sent, has been mailed either Via ECF, electronically or by Regular U.S. Mail this 11th day of August, 2023 to all the parties listed on the Creditor Mailing Matrix via ECF.

<u>**CERTIFICATE PURSUANT TO LOCAL RULE 9011-4(B)**</u>

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida, and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

**SANDRA NAVARRO-GARCIA, P.A**
Counsel for the Debtor
7951 SW 40th Street, Suite#202
Miami, Florida 33155
E-MAIL: SANDRA@SNGLAW.NET
Telephone: 305-264-7500
Facsimile: 305-264-7587

**/S/ *Sandra Navarro-Garcia***
Sandra Navarro-Garcia, Esq.,
FBN 188735

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113C-1<br>Case 21-16143-RAM<br>Southern District of Florida<br>Miami<br>Fri Aug 11 16:32:23 EDT 2023 | Afs Acceptance<br>Attn: Bankruptcy<br>475 W Cypress Rd Ste 300<br>Fort Lauderdale, FL 33301 | Afsaccept<br>101 NE 3rd Ave<br>Fort Lauderdale, FL 33301-1162 |
| Alex Herard<br>PO Box 813213<br>Hollywood, FL 33081-3213 | All Aspects Inspection Services, LLC<br>24478 Overseas Hwy<br>Summerland Key, FL 33042-4613 | All Aspects Inspection Services, LLC<br>c/o Mia Santos,<br>24478 Overseas Hwy Ofc<br>Summerland Key, FL 33042-4613 |
| Annette Guzman<br>11237 SW 153rd Ter<br>Miami, FL 33157-1142 | (p)U S ATTORNEY'S OFFICE<br>99 NE 4TH STREET SUITE 300<br>MIAMI FL 33132-2131 | (p)JPMORGAN CHASE BANK N A<br>BANKRUPTCY MAIL INTAKE TEAM<br>700 KANSAS LANE FLOOR 01<br>MONROE LA 71203-4774 |
| Benjamin P. Henninger<br>c/o Holland & Knight, LLP<br>701 Brickell Ave Ste 3000<br>Miami, FL 33131-2847 | Bryan Fitzpartrick<br>2 Calle Dos<br>Key West, FL 33040-5464 | Capital One<br>1680 Capital One Dr<br>McLean, VA 22102-3407 |
| Carlos Valdez<br>625 Racquet Club Rd Unit 137-2<br>Weston, FL 33326-1863 | Charles Dixon<br>218 Arbor Woods Cir<br>Oldsmar, FL 34677-4655 | Eric Van Hove<br>c/o Horan & Higgins, LLP<br>608 Whitehead St<br>Key West, FL 33040-6549 |
| Fingerhut<br>5250 Ridgewood Rd<br>Saint Cloud, MN 56301 | Gali Kanfi<br>5901 Toscana Dr Apt 1221<br>Davie, FL 33314-3571 | Golden State Claims Adjusters<br>2244 Faraday Avenue #126<br>Carlsbad, CA 92008-7208 |
| Home Depot Credit Services<br>PO Box 9001010<br>Louisville, KY 40290-1010 | Hurricane Aqua Center, Inc.<br>10800 Overseas Hwy<br>Marathon, FL 33050-3592 | Hyundai Motor Financial<br>Attn: Bankruptcy Department<br>PO Box 20829<br>Fountain Valley, CA 92728-0829 |
| Infiniti Finance Service<br>PO Box 660360<br>Dallas, TX 75266-0360 | Internal Revenue Services<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | JGA Beacon<br>PO Box 100639<br>Atlanta, GA 30384-0639 |
| Jefferson Capital Systems<br>c/o Mark Berrios-Ayala, Esquire<br>PO Box 17210<br>Golden, CO 80402-6020 | (p)JEFFERSON CAPITAL SYSTEMS LLC<br>PO BOX 7999<br>SAINT CLOUD MN 56302-7999 | Julio Jimenez<br>c/o Morgan & Morgan, P.A.<br>8151 Peters Rd Fl 4<br>Plantation, FL 33324-4009 |
| Manuel A. Miranda, Holland & Knight LLP<br>701 Brickell Ave., Suite 3300<br>Miami, FL 33131-2847 | Merrick B. Garland, Esquire<br>U.S. Attorney General<br>950 Pennsylvania Avenue, NW<br>Washington, DC 20530-0009 | Michael Farina<br>3000 Marcus Avenue Suite 2W15<br>Lake Success, NY 11042-1005 |

Miguel Cardona, US Secretary of Edu.
US Department of Education
400 Maryland Ave SW,
Washington, DC 20202-0001

Mike Rios, Jr.
8462 Pines Blvd # 177
Pembroke Pines, FL 33025

Mini Storage
4555 SW 72nd Ave
Miami, FL 33155-4595

Mobile Mini Solutions
4646 E Van Buren St
Phoenix, AZ 85008-6927

Office of the US Trustee
51 S.W. 1st Ave.
Suite 1204
Miami, FL 33130-1614

PMS Roofing , Inc.
4360 Makes Rd
Davie, FL 33312

PMS Roofing, Inc.
c/o Guy Shir
2295 NW Corporate Blvd Ste 120
Boca Raton, FL 33431-7323

Pedro Mendive
8226 SW 81st Ter
Miami, FL 33143-6636

Roger Van Tassel
306 Sombrero Beach Rd Apt 4
Marathon, FL 33050-3932

Rosario and Oscar Trujillo
120 SW 81st Ave
Miami, FL 33144-2130

Samson Capital Funding, LLC
c/o Law Office of Paul A. Humbert, PL
9655 S Dixie Hwy Ste 119
Miami, FL 33156-2813

Sara Dascott
905 16th Ter
Key West, FL 33040-4244

Sean Cuesta
15539 Miami Lakeway N Apt 102
Miami Lakes, FL 33014-5557

Sombrero Beach Haven, LLC
306 Sombrero Beach Rd Apt 4
Marathon, FL 33050-3932

THE LCF GROUP, INC. FKA LAST CHANCE FUNDING,
3000 Marcus Avenue Suite 2W15
Lake Success, NY 11042-1005

Vilma Soto
16207 SW 153rd Ct
Miami, FL 33187-5213

Virginia Elias
10151 SW 138th Ct
Miami, FL 33186-7321

Walmart/Capital One
PO Box 71083
Charlotte, NC 28272-1083

Wells Fargo Bank NA
420 Montgomery Street
San Francisco, CA 94104-1298

Wells Fargo Bank, N.A.
Wells Fargo Card Services
PO Box 10438, MAC F8235-02F
Des Moines, IA 50306-0438

Wfb Cd Svc
Credit Bureau DISPUTE
420 Montgomery Street
San Francisco CA 94104-1207

Yoram Levi
905 16th Ter
Key West, FL 33040-4244

Andres Eduardo Trueba Delgado
6703 SW 116 Court, Apt A
Miami, Fl 33173-1751

Nancy K. Neidich
www.ch13miami.com
POB 279806
Miramar, FL 33027-9806

Sandra Navarro-Garcia
7951 SW 40 St #202
Miami, FL 33155-6752

                    The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
                    by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Ashley Moody, Esquire<br>U. S. Attorney's Office<br>99 N.E. 4 Street<br>Miami, FL 33132 | BP/Chase<br>PO Box 94014<br>Palatine, IL 60094 | Jefferson Capital Systems LLC<br>Po Box 7999<br>Saint Cloud MN 56302-9617 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Miami

End of Label Matrix
Mailable recipients    54
Bypassed recipients     1
Total                  55